Joshua DURNEY, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 144, 2017

Supreme Court of Delaware.

Submitted: July 13, 2017

Decided: August 3, 2017

Court Below—Superior Court of the
State of Delaware, Cr. ID 1208013413 (K)

AFFIRMED.

Matthew JONES, Respondent
Below, Appellant,

v.

STATE of Delaware, Petitioner
Below, Appellee.

No. 279, 2017

Supreme Court of Delaware.

Submitted: July 17, 2017

Decided: August 3, 2017

Court Below: Superior Court of the
State of Delaware, C.A. No. S17I–00670

DISMISSED.

Myron GIBBS, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 143, 2017

Supreme Court of Delaware.

Submitted: July 6, 2017

Decided: August 7, 2017

Rehearing En Banc Denied
August 29, 2017

Court Below—Superior Court of the
State of Delaware, Cr. ID No. 0911008893
(N)

AFFIRMED.